AO 442 (Rev. 11/11) Arrest Warrant

F#11698467

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
SEP 09 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SEALED

| United States of America | ) | |
| v. | ) | Case No. CR 22-336 (DWF/DJF) |
| Perry John Coyle (5) | ) | |
| Defendant | ) | |

RECEIVED
By U.S. MARSHAL, MINNEAPOLIS, MN at 7:37 pm, Jul 25, 2024

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Perry John Coyle,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ✓ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1- Conspiracy To Distribute Methamphetamine, 21: 841(a)(1), 841(b)(1)(A) and 846;
Count 18- Distribution of Methamphetamine, 21:841(a)(1) and 841(b)(1)(A), and 18:2.

Date: 07/25/2024

*Issuing officer's signature* — M. Fogarty

City and state:  Saint Paul, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

SCANNED
SEP 09 2024
U.S. DISTRICT COURT MPLS

Date: ARRESTED ON 8/28/2024
ARRESTED BY DGA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*